# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SHAEFFER COLEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-0336-AMM-JHE |
| ) | |
| WARDEN THOMAS, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On May 10, 2021, the magistrate judge entered a report recommending Shaeffer Coleman's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. Doc. 13. No objections have been filed.

Having reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court adopts the magistrate judge's report and accepts his recommendations.[1]

The court will enter a separate Final Judgment.

---

[1] While the report and recommendation states that Mr. Coleman's previous petition was dismissed as untimely on August 8, 2017, this appears to be a scrivener's error. A review of the file indicates that the previous court dismissed Mr. Coleman's petition as untimely on May 3, 2017. *See* Doc. 9-3 at 4; *see also* 1:16-cv-0008-AKK-JHE (N.D. Ala.), Doc. 9.

**DONE** and **ORDERED** this 8th day of June, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE